13310.   THURMON v. THE STATE.

BROYLES, C. J.   1.   The only ground of the amendment to the motion for a
new trial is as follows: " Because, after the hearing of the above-stated
case, and after the verdict had been rendered, and after movant had
been sentenced, newly discovered evidence has come into his hands, of
which he had no knowledge nor means of obtaining same at or before
the time of the trial." Following this ground the record contains sev-
eral affidavits evidently relating to it, but these affidavits cannot be
considered, since they are not embodied or referred to in the ground,
nor attached thereto as exhibits, nor identified in any manner. *Summer-
lin* v. *State*, 130 *Ga.* 791 (61 S. E. 849); *Leathers* v. *Leathers*, 132 *Ga.*
211 (5) (63 S. E. 1118).
2.   The evidence authorized the verdict, and it was not error to overrule the
motion for a new trial.
            *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
                      DECIDED APRIL 14, 1922.

Indictment for robbery; from DeKalb superior court — Judge
Hutcheson.   January 7, 1922.

*C. W. Buchanan,* for plaintiff in error.

*Alonzo M. Brand, solicitor-general,* contra.